■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAJOR HARDEN, Also Known as MAJOR BROWN, Appellant.— On January 19, 1970 this

court affirmed a judgment of the Supreme Court, Suffolk County, rendered April 11, 1969 on resentence, upon a conviction of defendant of rape in the first degree (*People* v. *Harden*, 33 A D 2d 920). On the court's own motion, said decision of affirmance and the order entered upon said decision are vacated and the appeal (1175 E/70) is ordered to be placed on this court's October 1971 Term for reargument. Appellant may serve and file a supplemental brief not later than August 20, 1971; and respondent may serve and file a supplemental brief not later than September 3, 1971. Munder, Acting P. J., Martuscello, Christ and Brennan, JJ., concur.